522 A.2d 1103

**Robert SCULLION and Janet Scullion, his wife, Appellants,**

v.

**ST. FRANCIS GENERAL HOSPITAL, a corporation, and J.W. Loftis, M.D.**

Supreme Court of Pennsylvania.

Argued March 11, 1987.

Decided March 23, 1987.

Ellen M. Viakley, Berger Kapetan Malakoff & Meyers, P.C., Pittsburgh, for appellants.

Gary M. Lang, Feldstein, Grinberg, Stein & McKee, Pittsburgh, for Pennsylvania Trial Lawyers Ass'n.

John W. Jordan, IV, Grigsby, Gaca & Davies, P.C., Pittsburgh, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

### ORDER

PER CURIAM.

Order affirmed.

LARSEN, J., dissents.